**Motion Granted; Affirmed and Memorandum Opinion filed November 19, 2013.**



In The

# Fourteenth Court of Appeals

---

### NOS. 14-13-00391-CR,
### 14-13-00392-CR, &
### 14-13-00393-CR

---

### LINT MOUTON, Appellant

### V.

### THE STATE OF TEXAS, Appellee

---

**On Appeal from the 338th District Court
Harris County, Texas
Trial Court Cause Nos. 1335312, 1335313, & 1336543**

---

# MEMORANDUM OPINION

Appellant entered pleas of guilty, without an agreed recommendation on punishment, to three aggravated robbery charges. After a pre-sentence investigation, on April 3, 2013, the trial court sentenced appellant to confinement for twenty years in the Institutional Division of the Texas Department of Criminal

Justice in each ease, with the sentences to be served concurrently. Appellant filed a timely notice of appeal in each case.

Appellant's appointed counsel filed a brief in which she concludes these appeals are wholly frivolous and without merit. The brief meets the requirements of *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396 (1967), by presenting a professional evaluation of the record and demonstrating why there are no arguable grounds to be advanced. *See High v. State*, 573 S.W.2d 807 (Tex. Crim. App. 1978).

A copy of counsel's brief was delivered to appellant. Appellant was advised of the right to examine the appellate record and file a pro se response. *See Stafford v. State*, 813 S.W.2d 503, 512 (Tex. Crim. App. 1991). As of this date, more than sixty days has passed and no pro se response has been filed.

We have carefully reviewed the record and counsel's brief and agree the appeals are wholly frivolous and without merit. Further, we find no reversible error in the record. We need not address the merits of each claim raised in an *Anders* brief or a pro se response when we have determined there are no arguable grounds for review. *See Bledsoe v. State*, 178 S.W.3d 824, 827–28 (Tex. Crim. App. 2005).

Accordingly, the judgments of the trial court are affirmed.


PER CURIAM


Panel consists of Justices McCally, Busby, and Wise.
Do Not Publish — Tex. R. App. P. 47.2(b).